IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREGORY KELLY and          )
ANNETTE B. KELLY,          )
                           )
     Plaintiffs,           )
                           )    CIVIL ACTION NO.
     v.                    )      2:25cv733-MHT
                           )           (WO)
MONTGOMERY REAL ESTATE,    )
LLC, d/b/a Rapid Fire Home )
Buyers, and JOSEPH BACK,   )
                           )
     Defendants.           )
```

ORDER AND JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiffs' objections (Doc. 25, Doc. 26, and Doc. 27) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 20) is adopted.

(3) Plaintiffs' amended complaint (Doc. 8) is dismissed without prejudice for failure to comply with court orders and Rule 8(a)(2) of the Federal Rules of

Civil Procedure.

    (4) This action is dismissed without prejudice for failure to comply with court orders and failure to prosecute.

    (5) All pending motions are denied as moot.

    (6) As a consequence of plaintiff Gregory Kelly's vexatious filing of shotgun pleadings, in the event Gregory Kelly or anyone acting in concert with him files a shotgun complaint in the future, after appropriate review, the court shall summarily dismiss the pleading and the action without prejudice.

    No costs are taxed.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 15th day of December, 2025.

                             /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE