IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GREGORY KELLY and          )
ANNETTE B. KELLY,          )
                           )
     Plaintiffs,           )
                           )          CIVIL ACTION NO.
     v.                    )           2:25cv733-MHT
                           )               (WO)
MONTGOMERY REAL ESTATE,    )
LLC, d/b/a Rapid Fire Home )
Buyers, and JOSEPH BACK,   )
                           )
     Defendants.           )

ORDER

Upon consideration of plaintiffs' motion for a "Special Court Master," motion for new trial, and motion for immediate recusal (Doc. 33) of the United States Magistrate Judge, it is ORDERED that the motions are denied in all respects as meritless.

This case remains closed.

DONE, this the 17th day of March, 2026.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE